No. 1411. LUNOW *v.* FAIRCHANCE LUMBER CO. ET AL. C. A. 10th Cir. Certiorari denied. *Leslie L. Conner* and *James M. Little* for petitioner. *Gene H. Henry, Clayton B. Pierce,* and *Edgar R. Fenton* for respondents. ■■■

No. 765. WILLS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE STEWART would grant certiorari. *Kenneth A. MacDonald* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States. 

No. 1324. BRYANT CHUCKING GRINDER CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. *Kenneth C. McGuiness* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent National Labor Relations Board. 

No. 1361. SUMMIT FIDELITY & SURETY CO. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari and would reverse judgment of the lower court. *Melvin B. Lewis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 831, Misc. RICHARDSON *v.* NELSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Derald E. Granberg* and *James B. Cuneo,* Deputy Attorneys General, for respondents.